# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

CALVIN EUGENE BAKER,

    Petitioner,

v.                                                                        Case No.  3:19-cv-3199-MCR/MJF

MARK S. INCH,

    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

    This habeas case is before the court on referral from the clerk of the court. On August 19, 2019, Petitioner Calvin Eugene Baker filed a handwritten document seeking relief under 28 U.S.C. § 2241. (Doc. 1). Baker alleged that he was confined at the Okaloosa County Jail pending release from the Florida Department of Corrections upon expiration of his sentence. Baker claimed that his release date was August 19, 2019, but he still had not been released because his paperwork was in transit. (*Id*. at 1-2). As relief, Baker sought an emergency hearing and immediate release. (*Id*. at 2).

    On August 22, 2019, the court ordered Baker to file, within 30 days, an amended petition on the court form accompanied by either the $5.00 filing fee or an application to proceed *in forma pauperis*. (Doc. 3). Baker was provided the necessary forms and was warned that failure to comply with the order likely would

result in dismissal of this case. (*Id*.). Baker has not complied with the August 22, 2019, Order and has not responded to the October 7, 2019, Order (Doc. 4) requiring him to show cause, within 14 days, why this case should not be dismissed. No correspondence from Baker has been received since his initial filing on August 19, 2019, and all of the court's orders and other correspondence has been returned as undeliverable marked, "Return to Sender – Not In Jail." (Docs. 5, 6).

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED WITHOUT PREJUDICE** for Petitioner Baker's failure to comply with this court's orders.[1]

2. The clerk of the court be directed to close the case file.

At Panama City, Florida, this <u>1st</u> day of November, 2019.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cty. Sheriff's Office*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order"); *see also* N.D. Fla. Loc. R. 5.7(A) (requiring parties not represented by an attorney to use the court form for filing a habeas corpus petition); N.D. Fla. Loc. R. 5.3 (requiring parties who file a civil case to simultaneously either pay any fee required under 28 U.S.C. § 1914 or move for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915, using the court form).

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**