# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CALVIN EUGENE BAKER,**

    **Petitioner,**

**v.**                                                   **Case No. 3:19cv3199-MCR-MJF**

**MARK S. INCH,**

    **Respondent.**

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 1, 2019. ECF No. 7. Petitioner was mailed a copy of the Report and Recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of those portions to which an objection was made.

Having considered the Report and Recommendation and all objections thereto timely filed, I conclude that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** for Petitioner Baker's failure to comply with this court's orders.

3. The clerk is directed to close this case file.

**DONE AND ORDERED** this 22nd day of November 2019.

                        s/ *M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**